UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAERSK LINE A/S, <br><br> Plaintiff, <br><br> -against- <br><br> GLOBAL TRANS LLC, <br><br> Defendant. | 22 Civ. 3837 <br><br> COMPLAINT |

PLEASE TAKE NOTICE that Plaintiff, MAERSK LINE A/S ("MAERSK"), by its attorneys, Mahoney & Keane, LLP, as and for a Complaint against Defendant, GLOBAL TRANS LLC ("GLOBAL TRANS"), alleges, upon information and belief, as follows:

1. This is a claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls under the Court's admiralty and maritime and federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1333 in that it involves a claim for the breach of a maritime contract.

2. Plaintiff, MAERSK, is a corporation duly organized and existing pursuant to the laws of foreign country, with offices and place of business located at 50 Esplaneden, DK-1098, Copenhagen K, Denmark.

3. Defendant, GLOBAL TRANS, is a corporation duly organized and existing pursuant to the laws of Texas with offices and a place of business located at 3119 Tall Sycamore Trail, Katy, Texas 77493 and/or 16300 Katy Freeway, Katy, Texas 77094.

4. The United States District Court for the Southern District of New York is the proper venue for this action pursuant to the Law and Jurisdiction clause contained in the governing Bill of Lading.

5. Plaintiff sues on its own behalf and as agent and trustee on behalf of any other party who may now have or hereinafter acquire an interest in this action.

## AS AND FOR A FIRST CAUSE OF ACTION

6. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "5" as if specifically set forth herein at length.

7. On or about August 6, 2020, July 24, 2020, and May 20, 2020 and at all times relevant herein, MAERSK, as "Carrier", and GLOBAL TRANS, as "Shipper" and "Merchant", entered into and were parties to non-negotiable waybills numbered 203557097, 203812556, and 597880738 for the ocean carriage of two containers from Newark, New Jersey to Port Qasim, Pakistan, one container from Newark, New Jersey to Mundra, India, and two containers from Prince Rupert, Canada to Longbeach, California, respectively.

8. Plaintiff duly performed all duties and obligations required to be performed by Plaintiff in connection with the goods.

9. Defendant wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject agreements by, inter alia, failing to pay for basic ocean freight, demurrage, import and terminal handling services, and associated charges, all as duly invoiced by Plaintiff to Defendant.

10. As a result of Defendant's breach of the agreements, Plaintiff has incurred, and will continue to incur, costs and expenses for which Defendant is liable under the terms of the governing contract and at law.

11. Plaintiff has placed Defendant on notice of its claim that Defendant has breached the subject agreements and violated Plaintiff's rights under the law.

12. Despite Plaintiff's repeated demands, Defendant has failed to pay the Plaintiff's damages due and owing under the agreements and at law.

13. By reason of the foregoing, Plaintiff has sustained damages in the amount of $418,032.34, together with interest, costs, fees, including reasonable attorneys' fees, and expenses.

## AS AND FOR A SECOND CAUSE OF ACTION

14. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "13" as if specifically set forth herein at length.

15. Defendant has an account stated with Plaintiff.

16. By reason of the foregoing, Plaintiff has sustained damages in the amount of $$418,032.34, together with interest, costs, fees, including reasonable attorneys' fees, and expenses.

## AS AND FOR A THIRD CAUSE OF ACTION

17. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "16" as if specifically set forth herein at length.

18. Defendant has been unjustly enriched at Plaintiff's expense, and Plaintiff is entitled to restitution from Defendant in the amount of $$418,032.34, together with interest, costs, fees, including reasonable attorneys' fees, and expenses.

## AS AND FOR A FOURTH CAUSE OF ACTION

19. Plaintiff repeats and reiterates each and every allegation contained in paragraphs "1" through "18" as if specifically set forth herein at length.

20. Plaintiff is due from Defendant the <u>quantum meruit</u> of Plaintiff's services.

- 4 -

WHEREFORE, Plaintiff prays that judgment be entered in favor of Plaintiff for an amount exceeding $418,032.34, together with interest, costs, fees, including reasonable attorneys' fees, and disbursements; that Court process be issued against the Defendant; and that Plaintiffs be granted such other and further relief as the Court may deem just and proper.

Dated:　　New York, New York
　　　　　May 11, 2022

                                                MAHONEY & KEANE, LLP
                                                Attorneys for Plaintiff

By:　　s/ Garth S. Wolfson
　　　　Edward A. Keane
　　　　Garth S. Wolfson
　　　　40 Worth Street, Suite 602
　　　　New York, New York 10013
　　　　(212) 385-1422