UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MAERSK LINE A/S,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :            22 Civ. 3837 (JPC)
              -v-                                                  :
                                                                   :            ORDER
GLOBAL TRANS LLC,                                                  :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

   On January 5, 2023, Garth S. Wolfson, counsel to Plaintiff Maersk Line A/S, submitted a Declaration in support of Plaintiff's request for a Clerk's Certificate of Default.  Dkt. 9.  Pursuant to Local Civil Rule 55.1(b)(3), that Declaration contained information intended to demonstrate that Defendant Global Trans LLC had been properly served.  *Id.* ¶ 4.  Subsequently, the Court ordered Plaintiff to file a supplemental Declaration providing additional information demonstrating that the provisions of Texas law governing service through the Secretary of State had been met.  Dkt. 10. Plaintiff has now filed a supplemental Declaration setting forth the information required to meet the standards under Texas law for service through the Secretary of State.  Dkt. 11.  The Court therefore respectfully directs the Clerk of Court to issue the Certificate of Default that Plaintiff seeks.  The Court notes, however, that the effectiveness of service will be addressed at the default judgment hearing, should one occur in this case, and that Plaintiff should submit appropriate documentation at that time, including (if relevant) a process server's affidavit of due diligence.

   SO ORDERED.

Dated: January 17, 2023
  New York, New York
                     JOHN P. CRONAN
                 United States District Judge