```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MAERSK LINE A/S,                                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :      22 Civ. 3837 (JPC)
                -v-                                                    :
                                                                       :      ORDER
GLOBAL TRANS LLC,                                                      :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff Maersk Line A/S's request to adjourn the default judgment hearing scheduled for 11:00 a.m. on February 22, 2023, Dkt. 20, is granted. The hearing shall take place instead at 2:00 p.m. on April 5, 2023. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261. Plaintiff is ordered to serve a copy of this Order on Defendant Global Trans LLC by February 28, 2023 via overnight courier, and within two days of service to file proof of service on the docket.

In addition, the Court notes one further question that Plaintiff's counsel should be prepared to address at the rescheduled default judgment hearing. The documentation submitted in connection with Plaintiff's motion for default judgment contained apparently inconsistent information as to facts about the shipment of goods contracted to under Bill of Lading Number 597880738. *Compare* Dkt. 17-1 at 6 (listing "MAERSK SARNIA" as "Vessel," "021S" as "Voyage No.," "Long Beach" as "Port of Discharge," and "Memphis" as "Place of Delivery") *with* Dkt. 17-2 at 6 (listing "MAERSK SARNIA/021S" as "Vessel/Voyage" but "Haiphong" as "POD" and "Place of Delivery"), *id.* at 8 (listing "MAERSK ALTAIR/004E" as "Vessel/Voyage" and "Haiphong" as "POD" and "Place of Delivery"), *id.* at 10 (listing "MAERSK ALTAIR" as

"Vessel" and "004E" as "Voyage" but "Memphis" as "Place of Delivery"), *id.* at 12 (same), *id.* (same).  Counsel should be prepared to (1) clarify the destination, vessel, and voyage number for the shipment in question and (2) explain whether, if the goods were in fact shipped from Prince Rupert, Canada to Haiphong, Vietnam, the forum-selection clause of the Bill of Lading, *see* Dkt. 17-1 at 18, would grant jurisdiction over disputes relating to that shipment to this Court or instead to the the High Court of Justice in England.

       SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                              JOHN P. CRONAN
                                    United States District Judge