```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MAERSK LINE A/S,                                                 :
                                                                 :
                                Plaintiff,                       :
                                                                 :    22 Civ. 3837 (JPC)
                -v-                                              :
                                                                 :    ORDER
GLOBAL TRANS LLC,                                                :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Due to a conflict in the Court's schedule, the default judgment hearing scheduled for 2:00 p.m. on April 5, 2023, is adjourned until 10:00 a.m. on April 6, 2023. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261. By March 27, 2023, Plaintiff shall serve a copy of this Order on Defendant Global Trans LLC via overnight courier, and within two days of service Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                                        _____
                                                              JOHN P. CRONAN
                                                         United States District Judge