UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MAERSK LINE A/S,                                        :
                                                       :
                               Plaintiff,              :
                                                       :                  22 Civ. 3837 (JPC)
               -v-                                      :
                                                       :          DEFAULT JUDGMENT
GLOBAL TRANS LLC,                                       :
                                                       :
                               Defendant.              :
                                                       :
-------------------------------------------------------------------X

This action having been commenced by the filing of the Complaint and issuance of the

Summons on May 11, 2022 and May 12, 2022, respectively, and the Summons and Complaint

having been served on the defendant, GLOBAL TRANS LLC, on August 22, 2022, and proof of

service having been filed on January 4, 2023, and default having been entered on January 18, 2023,

and the defendant not having answered the Complaint, and the time for answering the Complaint

having expired, and the Court having found, at a default judgment hearing held telephonically at

10:00 a.m. on April 6, 2023, that GLOBAL TRANS LLC had notice of the filing of this case and

of the default judgment hearing, and that the well-pleaded allegations of the Complaint sufficiently

state a cause of action as to Count 1; it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff has a judgment against the

defendant on Count 1 of the Complaint in the liquidated amount of $418,032.34; plus costs and

disbursements of this action in the amount of $402.00; plus annual interest of 4.3%, computed

from July 7, 2020 until the date of judgment, on principal of $3,484.00, in the amount of $426.71;

annual interest of 4.3%, computed from July 24, 2020 until the date of judgment, on principal of

$1,594.00, in the amount of $191.96; annual interest of 4.4%, computed from October 20, 2020

until the date of judgment, on principal of $595.34, in the amount of $66.89; annual interest of

5.3%, computed from November 10, 2021 until the date of judgment, on principal of $11,649.00, in the amount of $907.02; annual interest of 5.3%, computed from November 16, 2021 until the date of judgment, on principal of $182,550.00, in the amount of $14,050.71; and annual interest of 5.3%, computed from November 19, 2021 until the date of judgment, on principal of $218,160.00, in the amount of $16,694.14; for a total amount, including damages, costs, and interest, of $450,771.76.

Dated: April 17, 2023
      New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge